Kellie Hancock