# STATE OF UTAH PAY STATEMENT

Pay Period #: 14  07/10/2010 - 07/23/2010   Pay Date: 08/06/2010   Payment Number: 00169233001200

Samuel N Jones  
169233  
IT ANALYST II  
Hourly Rate: 27.63

1809 Juniper Drive  
Eagle Mountain UT 84005

| W4 Information | Federal | State |
|---|---|---|
| Filing Status: | Married | Married |
| Exemptions: | 04 | 04 |
| Additional Amount: | 0.00 | 0.00 |

| Summary | Gross Pay | Pre-Tax | Post-Tax | Taxes | Net Pay |
|---|---|---|---|---|---|
| Current: | 2,210.40 | 46.85 | 19.09 | 399.46 | 1,745.00 |
| YTD: | 34,924.34 | 1,040.24 | 425.63 | 5,584.60 | 27,873.87 |

| Gross Pay (*Denotes Non Taxable Pay) | Hrs | Current | YTD |
|---|---|---|---|
| Regular Pay | 64.25 | 1,775.23 | 29,425.96 |
| Holiday Pay | 9.00 | 248.67 | 1,823.58 |
| Sick Leave Pay | 6.75 | 186.50 | 2,044.63 |
| Annual Leave Pay | 0.00 | 0.00 | 1,188.09 |
| Unpaid Leave | 0.00 | 0.00 | 0.00 |
| Other Leave Pay | 0.00 | 0.00 | 442.08 |
| **Total Gross** | **80.00** | **2,210.40** | **34,924.34** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| *Vision Ins EyeMed | 7.02 | 112.32 |
| *Dental Ins PEHP Prefrd | 1.95 | 31.20 |
| *Medical Ins PEHP Advtg | 26.34 | 400.58 |
| *FlexHlth FY | 11.54 | 196.14 |
| *FlexHlth CY | 0.00 | 300.00 |
| **Total Pre-Tax** | **46.85** | **1,040.24** |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins PEHP | 1.23 | 19.68 |
| SpousLife PEHP | 0.35 | 5.60 |
| ChildLife PEHP | 0.48 | 7.68 |
| AD&D Ins PEHP | 1.14 | 13.89 |
| URS Installment Payment | 8.97 | 143.52 |
| UPEA Assn Dues | 6.92 | 110.72 |
| Prepay Legal Met/Hyatt | 0.00 | 124.54 |
| **Total Post-Tax** | **19.09** | **425.63** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 140.30 | 1,650.82 |
| Social Security Tax | 134.14 | 2,100.81 |
| Medicare Tax | 31.37 | 491.32 |
| State Tax | 93.65 | 1,341.65 |
| **Total Taxes** | **399.46** | **5,584.60** |

| Net Pay Distributions | Amount |
|---|---|
| Direct Deposit | 1,745.00 |
| **Total Net Pay** | **1,745.00** |

| Benefits paid by the State of Utah for the employee | Current | YTD |
|---|---|---|
| Social Security Tax | 134.14 | 2,100.81 |
| Medicare Tax | 31.37 | 491.32 |
| Unemployment Ins | 4.42 | 39.34 |
| Workers Comp Ins | 15.47 | 244.44 |
| Long Term Disability ER | 13.26 | 209.52 |
| 401k Contribution ER | 33.16 | 523.92 |
| Term Bnft Fd EDU | 99.47 | 1,571.62 |
| Retirement Contrib ER | 360.74 | 5,059.10 |
| Dental Ins PEHP Prefrd | 37.18 | 594.88 |
| Medical Ins PEHP Advtg | 500.49 | 7,611.22 |
| Life Ins PEHP ER | 1.41 | 24.80 |
| **Total Benefits** | **1,231.11** | **18,470.97** |

# STATE OF UTAH PAY STATEMENT

Pay Period #: 16  07/24/2010 - 08/06/2010    Pay Date: 08/20/2010    Payment Number: 0016923300121D

Samuel N Jones           1809 Juniper Drive              W4 Information   Federal   State
169233                   Eagle Mountain UT 84005         Filing Status:   Married   Married
IT ANALYST II                                            Exemptions:      04        04
Hourly Rate: 27.63                                       Additional Amount: 0.00    0.00

| Summary | Gross Pay | Pre-Tax | Post-Tax | Taxes | Net Pay |
|---|---|---|---|---|---|
| Current: | 2,210.40 | 46.85 | 19.09 | 399.46 | 1,745.00 |
| YTD: | 37,134.74 | 1,087.09 | 444.72 | 5,984.06 | 29,618.87 |

| Gross Pay  (*Denotes Non Taxable Pay) | Hrs | Current | YTD |
|---|---|---|---|
| Regular Pay | 73.00 | 2,016.99 | 31,442.95 |
| Sick Leave Pay | 7.00 | 193.41 | 2,238.04 |
| Holiday Pay | 0.00 | 0.00 | 1,823.58 |
| Annual Leave Pay | 0.00 | 0.00 | 1,188.09 |
| Unpaid Leave | -0.00 | 0.00 | 0.00 |
| Other Leave Pay | 0.00 | 0.00 | 442.08 |
| **Total Gross** | **80.00** | **2,210.40** | **37,134.74** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| *Vision Ins EyeMed | 7.02 | 119.34 |
| *Dental Ins PEHP Prefrd | 1.95 | 33.15 |
| *Medical Ins PEHP Advtg | 26.34 | 426.92 |
| *FlexHlth FY | 11.54 | 207.68 |
| *FlexHlth CY | 0.00 | 300.00 |
| **Total Pre-Tax** | **46.85** | **1,087.09** |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins PEHP | 1.23 | 20.91 |
| SpousLife PEHP | 0.35 | 5.95 |
| ChildLife PEHP | 0.48 | 8.16 |
| AD&D Ins PEHP | 1.14 | 15.03 |
| URS Installment Payment | 8.97 | 152.49 |
| UPEA Assn Dues | 6.92 | 117.64 |
| Prepay Legal Met/Hyatt | 0.00 | 124.54 |
| **Total Post-Tax** | **19.09** | **444.72** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 140.30 | 1,791.12 |
| Social Security Tax | 134.14 | 2,234.95 |
| Medicare Tax | 31.37 | 522.69 |
| State Tax | 93.65 | 1,435.30 |
| **Total Taxes** | **399.46** | **5,984.06** |

| Net Pay Distributions | Amount |
|---|---|
| Direct Deposit | 1,745.00 |
| **Total Net Pay** | **1,745.00** |

| Benefits paid by the State of Utah for the employee | Current | YTD |
|---|---|---|
| Social Security Tax | 134.14 | 2,234.95 |
| Medicare Tax | 31.37 | 522.69 |
| Unemployment Ins | 4.42 | 43.76 |
| Workers Comp Ins | 15.47 | 259.91 |
| Long Term Disability ER | 13.26 | 222.78 |
| 401k Contribution  ER | 33.16 | 557.08 |
| Term Bnft Fd EDU | 99.47 | 1,671.09 |
| Retirement Contrib  ER | 360.74 | 5,419.84 |
| Dental Ins PEHP Prefrd | 37.18 | 632.06 |
| Medical Ins PEHP Advtg | 500.49 | 8,111.71 |
| Life Ins PEHP  ER | 1.41 | 26.21 |
| **Total Benefits** | **1,231.11** | **19,702.08** |

# STATE OF UTAH PAY STATEMENT

Pay Period #: 16  08/07/2010 - 08/20/2010    Pay Date: 09/03/2010    Payment Number: 00169233001220

Samuel N Jones  
169233  
IT ANALYST II  
Hourly Rate: 27.63

1809 Juniper Drive  
Eagle Mountain UT 84005

| W4 Information | Federal | State |
|---|---|---|
| Filing Status: | Married | Married |
| Exemptions: | 04 | 04 |
| Additional Amount: | 0.00 | 0.00 |

| Summary | Gross Pay | Pre-Tax | Post-Tax | Taxes | Net Pay |
|---|---|---|---|---|---|
| **Current:** | 2,210.40 | 46.85 | 19.09 | 399.46 | 1,745.00 |
| **YTD:** | 39,345.14 | 1,133.94 | 463.81 | 6,383.52 | 31,363.87 |

| Gross Pay (*Denotes Non Taxable Pay) | Hrs | Current | YTD |
|---|---|---|---|
| Regular Pay | 62.75 | 1,733.78 | 33,176.73 |
| Annual Leave Pay | 17.25 | 476.62 | 1,664.71 |
| Holiday Pay | 0.00 | 0.00 | 1,823.58 |
| Sick Leave Pay | 0.00 | 0.00 | 2,238.04 |
| Unpaid Leave | 0.00 | 0.00 | 0.00 |
| Other Leave Pay | 0.00 | 0.00 | 442.08 |
| **Total Gross** | **80.00** | **2,210.40** | **39,345.14** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| *Vision Ins EyeMed | 7.02 | 126.36 |
| *Dental Ins PEHP Prefrd | 1.95 | 35.10 |
| *Medical Ins PEHP Advtg | 26.34 | 453.26 |
| *FlexHlth FY | 11.54 | 219.22 |
| *FlexHlth CY | 0.00 | 300.00 |
| **Total Pre-Tax** | **46.85** | **1,133.94** |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins PEHP | 1.23 | 22.14 |
| SpousLife PEHP | 0.35 | 6.30 |
| ChildLife PEHP | 0.48 | 8.64 |
| AD&D Ins PEHP | 1.14 | 16.17 |
| URS Installment Payment | 8.97 | 161.46 |
| UPEA Assn Dues | 6.92 | 124.56 |
| Prepay Legal Met/Hyatt | 0.00 | 124.54 |
| **Total Post-Tax** | **19.09** | **463.81** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 140.30 | 1,931.42 |
| Social Security Tax | 134.14 | 2,369.09 |
| Medicare Tax | 31.37 | 554.06 |
| State Tax | 93.65 | 1,528.95 |
| **Total Taxes** | **399.46** | **6,383.52** |

| Net Pay Distributions | Amount |
|---|---|
| Direct Deposit | 1,745.00 |
| **Total Net Pay** | **1,745.00** |

| Benefits paid by the State of Utah for the employee | Current | YTD |
|---|---|---|
| Social Security Tax | 134.14 | 2,369.09 |
| Medicare Tax | 31.37 | 554.06 |
| Unemployment Ins | 4.42 | 48.18 |
| Workers Comp Ins | 15.47 | 275.38 |
| Long Term Disability ER | 13.26 | 236.04 |
| 401k Contribution ER | 33.16 | 590.24 |
| Term Bnft Fd EDU | 99.47 | 1,770.56 |
| Retirement Contrib ER | 360.74 | 5,780.58 |
| Dental Ins PEHP Prefrd | 37.18 | 669.24 |
| Medical Ins PEHP Advtg | 500.49 | 8,612.20 |
| Life Ins PEHP ER | 1.41 | 27.62 |
| **Total Benefits** | **1,231.11** | **20,933.19** |