Certificate Number: 14688-UT-DE-012863063

Bankruptcy Case Number: 10-33416



14688-UT-DE-012863063

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2010, at 10:35 o'clock AM MDT, Samuel N. Jones completed a course on personal financial management given by internet by $10 Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date:   November 1, 2010              By:    /s/Helen L. Cagle

                                      Name:  Helen L. Cagle

                                      Title: Managing Director